*Mary H. Trainer,* special public defender, in support of the petition.

*James A. Killen,* senior assistant state's attorney, in opposition.

Decided April 30, 2008

## IN RE JOSEPH L. ET AL.

The petition by the respondent mother for certification for appeal from the Appellate Court, 105 Conn. App. 515 (AC 28159), is denied.

*David B. Rozwaski,* in support of the petition.

*Susan T. Pearlman,* assistant attorney general, in opposition.

Decided April 30, 2008

## IN RE JOSEPH L. ET AL.

The petition by the respondent father for certification for appeal from the Appellate Court, 105 Conn. App. 515 (AC 28160), is denied.

*John E. Hudson,* in support of the petition.

*Susan T. Pearlman,* assistant attorney general, in opposition.

Decided April 30, 2008

## IN RE JOSEPH L. ET AL.

The amended petition by the respondent father for certification for appeal from the Appellate Court, 105 Conn. App. 515 (AC 28160), is denied.

*John E. Hudson,* in support of the amended petition.

Decided April 30, 2008